**FILED**
**FEBRUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Arbitration Between:<br><br>EDWARD D. JONES & CO., L.P.<br><br>    Petitioner,<br><br>and<br><br>ROBERT SAM, Jr., AND KAREN K. AUKSI-SAM, Individually and on Behalf of their ROTH IRAs, SEP IRA, AND NORTH STAR BASEMENTS, INC.<br><br>    Respondents. | **08 C 1097**<br><br>No.<br><br>**JUDGE KOCORAS**<br>**MAGISTRATE JUDGE SCHENKIER** |

### PETITIONERS' APPLICATION TO CONFIRM ARBITRATORS' AWARD

Petitioner, Edward D. Jones & Co., L.P. ("Edward Jones"), moves this Court to confirm and enter judgment, pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, the dismissal of Plaintiffs' Robert Sam, Jr., and Karen K. Auksi-Sam, individually and on behalf of their Roth IRAs, SEP IRA, and North Star Basements, Inc. (collectively "Robert Sam"), Statement of Claim in arbitration by the Panel of Arbitrators (the "Panel") in FINRA Dispute Resolution ("FINRA") arbitration proceeding No. 2006-02742 (the "Arbitration"). In support of this application, Edward Jones states as follows:

1. Edward Jones seeks to confirm the Award it obtained in connection with the Arbitration. A copy of the Arbitration Award is attached as Exhibit A.

2. Robert Sam filed a Statement of Claim on July 5, 2006. A copy of the Statement of Claim is attached as Exhibit B (exhibits to response omitted).

3. On August 24, 2006 Edward Jones filed a Response to the Statement of Claim. A copy of the Response to the Statement of Claim is attached as Exhibit C (exhibits to the Response omitted).

4. Edward Jones then proceeded to file four separate motions to dismiss because Claimant failed to engage in any discovery. In response, instead of producing the documents, the Claimant made a series of irrelevant arguments. After giving the Claimant seven months to produce documents, on October 19, 2007, the Panel finally granted Edward Jones' fourth motion to dismiss for failure to comply with discovery. *See* Exhibit A.

5. Edward Jones brings this petition pursuant to 9 U.S.C. § 9 and requests that this Court enter an order confirming the Arbitration Award entered October 19, 2007.

6. Pursuant to 9 U.S.C. § 9, an application for confirmation may be made to the United States District Court in and for the District within which such award was made.

7. The Panel made its award in Chicago, Illinois and thus jurisdiction and venue is proper in this Court.

8. "[A]n action for confirmation under 9 U.S.C. § 9 is intended to be a summary proceeding that merely makes the arbitrators' award a final, enforceable judgment of the court." *Menke v. Monchecourt*, 17 F.3d 1007, 1009 (7th Cir. 1994).

9. Robert Sam has not moved to vacate the award within the appropriate time period. Thus, he is precluded from challenging the award and it should be confirmed. *See Olson v. Wexford Clearing Servs. Corp.*, 397 F.3d 488, 490 (7th Cir. 2005) (any motion to vacate an arbitration award must be served within three months after the award is filed or delivered).

10. As there is no basis on which to vacate the Award, this Court is required to enter an Order confirming the Award pursuant to 9 U.S.C. § 9.

2

11.    Edward Jones cannot obtain complete relief in this matter unless the Court orders the confirmation of the Arbitration Award.

WHEREFORE, Petitioner Edward Jones respectfully requests this Court to enter an Order granting Edward Jones' Motion to Confirm the Award in FINRA Dispute Resolution arbitration proceeding No. 2006-02742.

                                              Respectfully submitted,

                                              EDWARD D. JONES & CO., L.P.

                                              By:    s/Rachael G. Pontikes
                                                        One of Its Attorneys

Robert P. Bramnik (ARDC #03125844)
Rachael G. Pontikes (ARDC #6275709)
Duane Morris, LLP
227 West Monroe Street, Suite 3400
Chicago, IL 60606
312-499-6700

*Counsel for Petitioner*

3

## CERTIFICATE OF SERVICE

I, Rachael G. Pontikes, hereby certify that I caused a copy of the foregoing **Petitioners' Application to Confirm Arbitrators' Award** to be served by depositing same in the US Mail on February 21, 2008 at approximately 5:00 p.m. addressed to:

Robert J. Sam
8215 W. Shipston Street
Orland Park, IL 60462

Karen K. Auksi-Sam
8215 W. Shipston Street
Orland Park, IL 60462

North Star Basements, Inc.
8215 W. Shipston Street
Orland Park, IL 60462

                                                                                           s/Rachael G. Pontikes