U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 08 C 1097

Arbitration Between:
EDWARD D. JONES & CO., L.P., Petitioner,
and
ROBERT SAM, Jr., et al., Respondents.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Petitioner, Edward D. Jones & Co., L.P.

| | |
|---|---|
| NAME (Type or print) <br> Robert P. Bramnik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert P. Bramnik | |
| FIRM <br> Duane Morris LLP | |
| STREET ADDRESS <br> 227 West Monroe Street, Suite 3400 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03125844 | TELEPHONE NUMBER <br> (312) 499-6757 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ✓    NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ✓    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ✓ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |