**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In the Matter of the Arbitration Between:  )
                                           )
EDWARD D. JONES & CO., L.P.                )
                                           )
                      Petitioner,          )
                                           )
            and                            )        No. 08 C 1097
                                           )
ROBERT SAM, Jr., AND KAREN K.              )
AUKSI-SAM, Individually and on Behalf      )
of their ROTH IRAs, SEP IRA, AND           )
NORTH STAR BASEMENTS, INC.                 )
                                           )
                      Respondents.         )

## NOTICE OF MOTION

TO:    See attached Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, March 4, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras, or any other judge sitting in his stead, in Room 1725 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Petitioners' Application to Confirm Arbitrators' Award, a copy of which is hereby served upon you.

Respectfully submitted,

EDWARD D. JONES & CO., L.P.

By:   s/Rachael G. Pontikes
      One of Its Attorneys

Robert P. Bramnik (ARDC #03125844)
Rachael G. Pontikes (ARDC #6275709)
Duane Morris, LLP
227 West Monroe Street, Suite 3400
Chicago, IL 60606
312-499-6700

*Counsel for Petitioner*

DM1\1295567.1

## CERTIFICATE OF SERVICE

I, Rachael G. Pontikes, hereby certify that I caused a copy of the foregoing **Notice of Motion** to be served by depositing same in the US Mail on February 26, 2008 at approximately 5:00 p.m. addressed to:

> Robert J. Sam
> 8215 W. Shipston Street
> Orland Park, IL 60462
>
> Karen K. Auksi-Sam
> 8215 W. Shipston Street
> Orland Park, IL 60462
>
> North Star Basements, Inc.
> 8215 W. Shipston Street
> Orland Park, IL 60462

s/Rachael G. Pontikes