## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Edward D. Jones & Co., L.P.
                              Plaintiff,

v.                                           Case No.: 1:08−cv−01097
                                             Honorable Charles P. Kocoras

Robert Sam Jr.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

MINUTE entry before Judge Charles P. Kocoras :Motion hearing held on 3/4/2008. Answer to Petitioners' Application [1] to Confirm Arbitrators' Award is due 3/11/2008. The Court will rule by mail. Status hearing set for 4/16/2008 is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.