**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    07 C 1097

**EDWARD D. JONES & CO., LP.**

v.

**ROBERT SAM, JR.,** *et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondents ROBERT SAM, JR., and KAREN K. AUKSI-SAM, individually and on behalf of their Roth IRAs, Sep IRA, and North Star Basements, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| CHARLES H. BJORK | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Charles H. Bjork | |
| FIRM | |
| Morris & De La Rosa | |
| STREET ADDRESS | |
| 39 South La Salle Street, 5th Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) Illinois ARDC No. 6215768 | TELEPHONE NUMBER (312) 606-0876 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |