**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number:   07 C 1097

**EDWARD D. JONES & CO., LP.**

v.

**ROBERT SAM, JR.,** *et al.*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondents ROBERT SAM, JR., and KAREN K. AUKSI-SAM, individually and on behalf of their Roth IRAs, Sep IRA, and North Star Basements, Inc.

| | |
|---|---|
| NAME (Type or print) <br> CHARLES H. BJORK | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Charles H. Bjork | |
| FIRM <br> Morris & De La Rosa | |
| STREET ADDRESS <br> 39 South La Salle Street, 5th Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> Illinois ARDC No. 6215768 | TELEPHONE NUMBER  (312) 606-0876 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ■ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ■ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ■ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ■   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |