IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EDWARD D. JONES & CO., L.P.,   )
   )
   *Petitioner*,   )
   )
   vs.   )   No. 08 C 1097
   )
ROBERT SAM, JR., and KAREN K.   )   Judge Kocoras
AUKSI-SAM, individually and on behalf of   )
their Roth IRAs, Sep IRA, and North Star   )
Basements, Inc.,   )
   )
   *Respondents*.   )

**NOTICE OF FILING
AND
NOTICE OF MOTION**

To:   Mr. Robert P. Bramnik
   Ms. Rachael G. Pontikes
   Duane Morris, LLP
   227 West Monroe Street
   Suite 3400
   Chicago, Illinois  60606

PLEASE TAKE NOTICE that on March 11, 2008, we filed the Appearances of Joseph A. Morris, Charles H. Bjork, and Morris & De La Rosa as counsel for Respondents; and Respondents' Answer to Petitioner's Application to Confirm Arbitrators' Award; with the Clerk of the United States District Court for the Northern District of Illinois.  Copies thereof are herewith served upon you.

PLEASE TAKE FURTHER NOTICE that on Thursday, March 20 , 2008, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras, or such other judge as may be sitting in his stead, in Courtroom 1725 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present  the Motion of Respondents for Leave to Amend and Supplement Answer.  Copies thereof are also herewith served upon you.

Dated:        March 11, 2008.

Respectfully submitted,

/s/ JOSEPH A. MORRIS

_____

JOSEPH A. MORRIS
One of Counsel for Respondents

JOSEPH A. MORRIS
CHARLES H. BJORK
MORRIS & DE LA ROSA
39 South La Salle Street
Fifth Floor
Chicago, Illinois  60603
(312) 606-0876

*Counsel for Respondents.*

Proof of Service

The undersigned member of the bar certifies that he served copies of this notice and of the instrument referred to therein upon the persons to whom this notice is addressed via the Court's Electronic Filing System, all on March 11, 2008.

/s/ JOSEPH A. MORRIS

_____

Joseph A. Morris

-2-