**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Edward D. Jones & Co., L.P.

        Plaintiff,

v.               Case No.: 1:08−cv−01097
                Honorable Charles P. Kocoras

Robert Sam Jr.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

  MINUTE entry before Judge Honorable Charles P. Kocoras:Motion hearing held on 3/20/2008. Respondents' motion [14] for leave to amend and supplement their answer to Petitioner's Application [1] to Confirm Arbitrators' Award, is granted. Said amended and supplemental answer is due 4/8/2008. Status hearing set for 4/15/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.