UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Edward D. Jones & Co., L.P.
                                    Plaintiff,

v.                                                Case No.: 1:08−cv−01097
                                                                Honorable Charles P. Kocoras

Robert Sam Jr.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 14, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Status and ruling on the application [1] by Petitioner Edward D. Jones & Co., L.P. to confirm arbitrators' award, set for 4/15/2008, is stricken. The Court will rule shortly by mail.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.