## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1097 | **DATE** | April 17, 2008 |
| **CASE TITLE** | Edward D. Jones & Co. vs. Sam et al | | |

**DOCKET ENTRY TEXT**

Petitioner's application [1] to confirm an arbitration award entered on October 19, 2007, dismissing all claims against it and providing for payment of specified fees is granted. All matters in controversy having been resolved, final judgment is entered on the arbitration award in favor of the Petitioner before this Court, Edward D. Jones & Co. and against all Respondents, Robert Sam, Jr. and Karen K. Auksi-Sam, individually and on behalf of their Roth IRAs, SEP IRA, and North Star Basements, Inc.

■[ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

### ORDER

This matter comes before the court on the motion of Edward D. Jones & Co., L.P. ("Jones") to confirm an arbitration award entered on October 19, 2007, dismissing all claims against it and providing for payment of specified fees.

The Federal Arbitration Act, 9 U.S.C. § 9, provides that a court must grant an order confirming an arbitration award upon motion of any party to the arbitration unless the award is vacated, modified, or corrected as specified in 9 U.S.C. §§ 10 and 11. A motion to vacate, modify, or correct an award must be served within 3 months of the filing or delivery of the award. 9 U.S.C. § 12.

In their answer to the motion to confirm, Respondents Robert Sam and Karen Auksi-Sam admit that, as of March 11, 2008, Sam had not moved to vacate the award. No assertion is made that Auksi-Sam made any such motion. In other words, more than 3 months elapsed between the award and the filing of the motion to confirm, with no motion to vacate, modify, or correct. According to the provisions of § 9, we therefore must grant an order confirming the award. Therefore, we confirm the arbitration award and enter judgment in favor of Jones.

Dated: April 17, 2008

_Charles P. Kocoras_
**CHARLES P. KOCORAS**
**U.S. District Court Judge**