# United States District Court

## Northern District of Illinois

**Eastern Division**

Edward D. Jones & Co., L.P                    **JUDGMENT IN A CIVIL CASE**

    v.                                                        Case Number: 08 C 1097

Robert Sam et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the arbitration award entered on October 19, 2007, dismissing all claims against Edward D. Jones & Co., L.P. and providing for payment of specified fees is confirmed  All matters in controversy having been resolved, final judgment is entered on the arbitration award in favor of the Petitioner before this Court, Edward D. Jones & Co. and against all Respondents, Robert Sam, Jr. and Karen K. Auksi-Sam, individually and on behalf of their Roth IRAs, SEP IRA, and North Star Basements, Inc.

                Michael W. Dobbins, Clerk of Court

Date: April 17, 2008        /s/ Stephen C. Tokoph, Deputy Clerk